peals for the Second Circuit denied. *Mr. Ernest Angell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Irving S. Shapiro* and *Robert S. Erdahl* for the United States.

No. 1048. KLEIN, TRUSTEE IN BANKRUPTCY, *v.* MOSER. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David Jetzinger* for petitioner. *Messrs. Samuel M. Rinaker* and *Earl B. Wilkinson* for respondent.

No. 1051. MORRIS PLAN INDUSTRIAL BANK OF NEW YORK *v.* RAPHIEL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry W. Parker* for petitioner. *Mr. John L. Grant* for respondent.

No. 1052. SANTA INEZ CO. *v.* UNITED STATES. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George Naus* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Bernard Chertcoff* for the United States.

No. 1055. HOWARD *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *G. F. Howard, pro se. Mr. Eldon Martin* for respondent.